IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00933-ZLW

MIKEAL GLENN STINE,

        Applicant,

v.

RON WILEY, Warden, ADX-Florence,

        Respondent.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

      Applicant submitted a Notice of Appeal on April 28, 2010. The court has determined

that the document is deficient as described in this order. Applicant will be directed to cure

the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      _ X _   is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to
28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

    _ X _  is not submitted
    _____ is missing affidavit
    _____ is missing required financial information
    _____ is missing an original signature by the prisoner
    _____ is not on proper form (must use the court's current form
    _____ other

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this 3rd day of  May , 2010.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court