IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00933-ZLW

MIKEAL GLENN STINE,

Applicant,

v.

RON WILEY, Warden ADX Florence,

Respondent.

---

ORDER ON REMAND

---

This matter is before the Court on the partial remand entered by the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) in the instant action on June 28, 2010. The Tenth Circuit has requested that this Court determine whether Mr. Stine delivered a "verified notice of appeal" to prison officials on or about September 2, 2009, for filing in this case. The Tenth Circuit further instructed this Court that if it determines Mr. Stine did deliver an appeal on or about September 2, 2009, the Court is to construe the notice of appeal as a request for extension of time and rule on the requested extension.

In keeping with the Tenth Circuit's partial remand, Respondent will be directed to file a supplemental brief addressing the September 2 notice of appeal issue. Respondent should attach as exhibits all documents that are relevant to this issue. Mr. Stine may file a response to the brief if he so desires. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2010

GREGORY C. LANGHAM
CLERK

ORDERED that this civil action is reinstated pursuant to the partial remand order entered by the Tenth Circuit on June 28, 2010. It is

FURTHER ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a brief that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the brief** Mr. Stine may file a response if he desires.

DATED at Denver, Colorado, this ___9th___ day of ___July___, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00933-ZLW

Mikeal Glenn Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

J. Benedict Garcia
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/9/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk