IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00933-ZLW

MIKEAL GLENN STINE, # 55436-098,

    Applicant,

v.

RON WILEY, Warden, ADX Florence,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This civil action is reinstated to the extent necessary for compliance with the partial remand order entered by the United States Court of Appeals for the Tenth Circuit filed on June 28, 2010.

Dated: July 9, 2010