IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00933-ZLW

MIKEAL GLENN STINE, # 55436-098,

    Applicant,

v.

RON WILEY, Warden, ADX Florence,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's motion (Doc. No. 26) filed on August 4, 2010, is DENIED as moot. Respondent filed a Supplemental Brief (Doc. No. 24) on July 30, 2010, with a certificate of service showing that a copy of the brief was mailed to Applicant on July 30, 2010.

Dated: August 5, 2010